Daniel **WEBSTER**, Individually and as the Personal Representative of the Estate of Laurie Webster, deceased, Plaintiff–Appellant,

v.

**UNITED STATES of America,** Defendant–Appellee.

No. 92–36847.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 10, 1994.

Decided April 19, 1994.

Edward K. Duckworth, Ronan, MT, for plaintiff-appellant.

Christine N. Kohl, U.S. Dept. of Justice, Washington, DC, for defendant-appellee.

Before: HUG, HALL, and THOMPSON, Circuit Judges.

**ORDER**

We affirm the district court on the basis of its well-reasoned opinion set forth in *Webster v. United States*, 823 F.Supp. 1544 (D.Mont. 1992).